## Case No. 4,654.
### FARMERS' & MECHANICS' BANK v. GAITHER.

[3 Cranch, C. C. 347.] [1]

Circuit Court, District of Columbia. Dec. Term, 1828. [2]

C. Cox, for plaintiffs,

Mr. Marbury, contra.

Mr. Kay, contra.

[3 Cranch, C. C. 440.] [1]

Circuit Court, District of Columbia. May Term, 1829.

Clement Cox, for complainants.
W. Redin, for defendants.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Reversed in 1 Pet. (26 U. S.) 37.]

Whereupon Mr. Coxe, for the plaintiffs,

Mr. Key cited Chit. Bills, 104.

THE COURT also rejected the set-off of the notes of W. W. Corcoran & Co., which were offered under the circumstances stated in this case before the supreme court. 1 Pet. [26 U. S.] 37.

Verdict for the defendant. Bills of exceptions were taken, but no new writ of error prosecuted.